## PARRIS v. STATE.
### No. 23699.

Court of Criminal Appeals of Texas.
June 11, 1947.

No appearance for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

Appellant was convicted of the offense of rape, and his punishment assessed at life imprisonment in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for the consideration of this court.

The judgment of the trial court is affirmed.